1  WILLIAM P. KLEIN (SBN 148867)
   KLEIN LAW GROUP
2  Two Embarcadero Center, Suite 1800
   San Francisco, CA 94111
3  Telephone: (415) 693-9107
   Facsimile: (415) 693-9222
4  Attorneys for Plaintiff
   ALEXANDER KREMER
5

6  KURT A. KAPPES (SBN 146384)
   MARC B. KOENIGSBERG (SBN 204265)
7  GREENBERG TRAURIG, LLP
   1201 K Street, Suite 1100
8  Sacramento, CA 95814-3938
   Telephone: (916) 442-1111
9  Facsimile: (916) 448-1709

10 Attorneys for Defendants
   EVAN COVER; HERBERT COVER;
11 and CRUVEE, INC.

12

13              UNITED STATES DISTRICT COURT

14           FOR THE NORTHERN DISTRICT OF CALIFORNIA

15

16 | ALEXANDER KREMER,                          | CASE NO. C 10-04898 EMC |
   |---|---|
17 | Plaintiff,                                  | **STIPULATION FOR DISMISSAL OF COMPLAINT AND CROSS-COMPLAINT; P~~ROPO~~SED ORDER** |
18 | v.                                          | |
19 | EVAN COVER, an individual; HERBERT COVER, an individual; CRUVEE, INC., an Arizona corporation, and DOES 1 THROUGH 50, | |
20 | | |
21 | Defendants.                                 | |
22 | | |
23 | CRUVEE, INC., an Arizona corporation,       | |
24 | Counterclaimant,                            | |
25 | v.                                          | |
26 | ALEXANDER KREMER, an individual,            | |
27 | Counter defendant.                          | |
28 | | |

## STIPULATION FOR DISMISSAL

Plaintiff ALEXANDER KREMER and Defendants EVAN COVER, HERBERT COVER, and CRUVEE, INC. hereby stipulate, by and between the parties to this action, through their designated counsel that the above-captioned action be and hereby is dismissed with prejudice pursuant to FRCP 41(a)(1)(A)(ii). The parties shall bear their own attorney's fees and costs in connection with this action.

DATED: February 1, 2011        KLEIN LAW GROUP

By: /s/ William P. Klein (as authorized on 2/1/11)
    WILLIAM P. KLEIN
    Attorneys for Plaintiff and Counter Defendant
    ALEXANDER KREMER

DATED: February 1, 2011        GREENBERG TAURIG, LLP

By: /s/ Marc B. Koenigsberg
    KURT A. KAPPES
    MARC B. KOENIGSBERG
    Attorneys for Defendants,
    EVAN COVER; HERBERT COVER;
    and Defendant/Counterclaimant, CRUVEE, INC.

**IT IS SO ORDERED.**

Dated: __2/4__, 2011



Honorable Edward M. Chen
United States District Judge

PHX 329,714,780v1